**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1380**

———————

In re:  ANTHONY FORD,

Petitioner.

———————

On Petition for Writ of Mandamus.

———————

Submitted:  May 23, 2013                    Decided:  May 28, 2013

———————

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Anthony Ford, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Ford petitions this court for a writ of mandamus seeking to compel the Commissioner of the Social Security Administration[*] to perform her official duties related to payment of Ford's benefits, which were suspended during his pretrial detention. We deny the petition.

The All Writs Act vests all statutorily created courts, including this court, with authority to issue "all writs necessary or appropriate in aid of their respective jurisdictions." 28 U.S.C. § 1651 (2006). In this case, however, the district court for the District of Maryland has original jurisdiction over Ford's petition, and is therefore the proper venue for adjudication of the petition. See 28 U.S.C. §§ 1361, 1391 (2006). Nonetheless, we conclude that the interest of justice does not require us to transfer the petition to the District of Maryland. See Sorcia v. Holder, 643 F.3d 117, 122 (4th Cir.) (holding "that where we ha[ve] jurisdiction but lack venue, we have inherent authority to transfer a case to another [court] where both venue and jurisdiction exist" and "that in the exercise of such inherent authority it is appropriate . . . to consider whether the interest of justice

_____

[*] The Acting Commissioner is Carolyn Colvin.

2

mandates transfer") (internal quotation marks omitted), <u>cert. denied</u>, 132 S. Ct. 776 (2011).

Accordingly, we grant Ford's motion to proceed in forma pauperis, deny his motions for release of funds to retain private counsel, to appoint counsel, to expedite the hearing and verdict, and for relief from judgment, and we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>